No. 84–5969. LINDSEY *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. JUSTICE MARSHALL would grant certiorari. ■

JUSTICE BRENNAN, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153,

1024

227 (1976), I would grant certiorari and vacate the death sentence in this case.